CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:07-cv-10613-GER-RSW
### Internal Use Only

| | |
|---|---|
| Griffith v. AU Optronics Corporation et al<br>Assigned to: Honorable Gerald E Rosen<br>Referred to: Honorable R. Steven Whalen<br>Cause: No cause code entered | Date Filed: 02/09/2007<br>Date Terminated: 06/04/2007<br>Jury Demand: None<br>Nature of Suit: 410 Anti-Trust<br>Jurisdiction: Federal Question |

**Plaintiff**

**Judith Griffith**
*on Behalf of Herself and all others similarly situated in the State of Michgian*

represented by **Andrew A. Nickelhoff**
Sachs Waldman
1000 Farmer Street
Detroit, MI 48226
313-496-9429
Email: anickelhoff@sachswaldman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**AU Optronics Corporation**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**CHI MEI Optoelectronics Company, Limited**

**Defendant**

**Chi Mei Optoelectronics USA, Incorporated**

**Defendant**

**Chunghwa Picture Tubes, Limited**

**Defendant**

**Fujitsu Limited, Incorporated**

**Defendant**

Fujitsu America, Incorporated

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Hitachi, Limited**

**Defendant**

**Hitachi Displays, Limited**

**Defendant**

**Hitachi America, Limited**

**Defendant**

**International Display Technology Company, Limited**
*Doing business as*
Idtech Company, Limited

**Defendant**

**International Display Technology USA, Incorporated**
*Doing business as*
Idtech USA, Incorporated

**Defendant**

**IPSA Alpha Technology, Limited**

**Defendant**

**LG Philips LCD Company, Limited**    represented by    **Peter E. Boivin**
Honigman, Miller,
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3506
313-465-7396
Email: pboivin@honigman.com

**Defendant**

**LG Philips LCD America, Incorporated**    represented by    **Peter E. Boivin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matsushita Electric Industrial Company, Limited**

**Defendant**

**Panasonic Corporation of North**

America

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric and Electronics USA, Incorporated**

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Incorporated**

**Defendant**

**NEC LCD Technologies, Limited**

**Defendant**

**Samsung Electronics Company, Limited**

**Defendant**

**Samsung Electronics America, Incorporated**

**Defendant**

**Sanyo Electric Company, Limited**

**Defendant**

**Sanyo North America Corporation**     represented by  **Douglas Young**
Wilson Young
One Woodward Avenue
Suite 2000
Detroit, MI 48226
313-962-0800
Fax: 313-962-0900
Email: dyoung@wilsonyoungplc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Epson Imaging**

**Defendant**

**Epson Corporation**

**Defendant**

**Epson America, Incorporated**

**Defendant**

**Epson Electronics America, Incorporated**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Sony Corporation**
*TERMINATED: 03/09/2007*

**Defendant**

**Sony Corporation of America**
*TERMINATED: 03/09/2007*

**Defendant**

**Sony Electronics, Incorporated**
*TERMINATED: 03/09/2007*

**Defendant**

**S-LCD Corporation**

**Defendant**

**Syntax-Brillian Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America, Incorporated**

**Defendant**

**Toshiba Matsushita Display Technology Company, Limited**

**Defendant**

**John Doe**
*1-100*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2007 | 1 | COMPLAINT filed by Judith Griffith against all defendants, Receipt No: 554101-DT - Fee: $ 350.(SMar, ) (Entered: 02/12/2007) |
| 02/22/2007 | 2 | CERTIFICATE of Service/Summons Returned Executed. CHI MEI |

|            |     |                                                                                                                                                                                                 |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Optoelectronics USA, Incorporated served on 2/16/2007, answer due 3/8/2007. (Nickelhoff, Andrew) (Entered: 02/22/2007)                                                                          |
| 02/22/2007 | 3   | CERTIFICATE of Service/Summons Returned Executed. Hitachi America, Limited served on 2/16/2007, answer due 3/8/2007. (Nickelhoff, Andrew) (Entered: 02/22/2007)                                 |
| 02/22/2007 | 4   | CERTIFICATE of Service/Summons Returned Executed. International Display Technology USA, Incorporated served on 2/16/2007, answer due 3/8/2007. (Nickelhoff, Andrew) (Entered: 02/22/2007)       |
| 02/22/2007 | 5   | CERTIFICATE of Service/Summons Returned Executed. LG Philips LCD America, Incorporated served on 2/16/2007, answer due 3/8/2007. (Nickelhoff, Andrew) (Entered: 02/22/2007)                     |
| 02/22/2007 | 6   | CERTIFICATE of Service/Summons Returned Executed. NEC Electronics America, Incorporated served on 2/16/2007, answer due 3/8/2007. (Nickelhoff, Andrew) (Entered: 02/22/2007)                    |
| 02/22/2007 | 7   | CERTIFICATE of Service/Summons Returned Executed. Sanyo North America Corporation served on 2/15/2007, answer due 3/7/2007. (Nickelhoff, Andrew) (Entered: 02/22/2007)                          |
| 02/22/2007 | 8   | CERTIFICATE of Service/Summons Returned Executed. Sony Electronics, Incorporated served on 2/16/2007, answer due 3/8/2007. (Nickelhoff, Andrew) (Entered: 02/22/2007)                           |
| 02/22/2007 | 9   | CERTIFICATE of Service/Summons Returned Executed. Syntax-Brillian Corporation served on 2/16/2007, answer due 3/8/2007. (Nickelhoff, Andrew) (Entered: 02/22/2007)                              |
| 02/23/2007 | 10  | ATTORNEY APPEARANCE: Peter E. Boivin appearing on behalf of LG Philips LCD Company, Limited, LG Philips LCD America, Incorporated (Boivin, Peter) (Entered: 02/23/2007)                         |
| 02/27/2007 | 11  | CERTIFICATE of Service/Summons Returned Executed. Epson America, Incorporated served on 2/20/2007, answer due 3/12/2007. (Nickelhoff, Andrew) (Entered: 02/27/2007)                             |
| 02/27/2007 | 12  | CERTIFICATE of Service/Summons Returned Executed. Fujitsu America, Incorporated served on 2/21/2007, answer due 3/13/2007. (Nickelhoff, Andrew) (Entered: 02/27/2007)                           |
| 02/27/2007 | 13  | CERTIFICATE of Service/Summons Returned Executed. Mitsubishi Electric and Electronics USA, Incorporated served on 2/23/2007, answer due 3/15/2007. (Nickelhoff, Andrew) (Entered: 02/27/2007)   |
| 02/27/2007 | 14  | CERTIFICATE of Service/Summons Returned Executed. Panasonic Corporation of North America served on 2/20/2007, answer due 3/12/2007. (Nickelhoff, Andrew) (Entered: 02/27/2007)                  |
| 02/27/2007 | 15  | CERTIFICATE of Service/Summons Returned Executed. Samsung Electronics America, Incorporated served on 2/23/2007, answer due 3/15/2007. (Nickelhoff, Andrew) (Entered: 02/27/2007)               |

| | | |
|---|---|---|
| 02/27/2007 | 🔵 16 | CERTIFICATE of Service/Summons Returned Executed. Sharp Electronics Corporation served on 2/20/2007, answer due 3/12/2007. (Nickelhoff, Andrew) (Entered: 02/27/2007) |
| 02/27/2007 | 🔵 17 | CERTIFICATE of Service/Summons Returned Executed. Sony Corporation of America served on 2/20/2007, answer due 3/12/2007. (Nickelhoff, Andrew) (Entered: 02/27/2007) |
| 02/28/2007 | 🔵 18 | MOTION to Withdraw 10 Attorney Appearance *for LG. Philips LCD Co., Ltd.* by LG Philips LCD Company, Limited. (Boivin, Peter) (Entered: 02/28/2007) |
| 03/02/2007 | 🔵 19 | CERTIFICATE of Service/Summons Returned Executed. Epson Electronics America, Incorporated served on 2/26/2007, answer due 3/19/2007. (Nickelhoff, Andrew) (Entered: 03/02/2007) |
| 03/02/2007 | 🔵 20 | CERTIFICATE of Service/Summons Returned Executed. Toshiba America, Incorporated served on 2/26/2007, answer due 3/19/2007. (Nickelhoff, Andrew) (Entered: 03/02/2007) |
| 03/05/2007 | 🔵 21 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by LG Philips LCD America, Incorporated (Boivin, Peter) (Entered: 03/05/2007) |
| 03/07/2007 | 🔵 22 | NOTICE of Appearance by Douglas Young on behalf of Sanyo North America Corporation. (Young, Douglas) (Entered: 03/07/2007) |
| 03/08/2007 | 🔵 23 | STIPULATION AND ORDER for Extension of Time. Signed by Honorable Gerald E Rosen. (SMar) (Entered: 03/08/2007) |
| 03/09/2007 | 🔵 24 | NOTICE of Voluntary Dismissal by Judith Griffith as to Sony Electronics, Incorporated; Sony Corporation and Sony Corporation of America (Nickelhoff, Andrew) (Entered: 03/09/2007) |
| 03/15/2007 | 🔵 25 | CERTIFICATE OF SERVICE by Judith Griffith re 24 Notice of Voluntary Dismissal *of Sony defendants* (Nickelhoff, Andrew) (Entered: 03/15/2007) |
| 03/29/2007 | 🔵 26 | CERTIFICATE of Service/Summons Returned Executed. AU Optronics Corporation America served on 3/23/2007, answer due 4/12/2007.. (Nickelhoff, Andrew) (Entered: 03/29/2007) |
| 04/06/2007 | 🔵 27 | ORDER granting 18 MOTION to Withdraw 10 Attorney Appearance *for LG. Philips LCD Co., Ltd.*. Signed by Honorable Gerald E Rosen. (BSoc) (Entered: 04/09/2007) |
| 05/04/2007 | 🔵 28 | INFORMATIONAL COPY of MDL Non-Certified Transfer Order To Northern District of California - MDL # 1827. (SSch) (Entered: 05/07/2007) |
| 05/16/2007 | 🔵 29 | INFORMATIONAL COPY of MDL Non-Certified Conditional Transfer Order (CTO-1) To Northern District of California - MDL # 1827. (SSch) (Entered: 05/17/2007) |
| 06/04/2007 | 🔵 30 | MDL Certified Conditional Transfer Order (CTO-1) To Northern District |

|            |     |                                                                                      |
|------------|-----|--------------------------------------------------------------------------------------|
|            |     | of California - MDL # 1827. (SSch) (Entered: 06/05/2007)                             |
| 06/05/2007 | 31  | NOTICE transferring case to *NORTHERN DISTRICT OF CALIFORNIA*. (SSch) (Entered: 06/05/2007) |