1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI |
| THIS DOCUMENT RELATES TO<br><br>*EMW, Inc. v. LG Philips LCD Co., Ltd. et al.*<br><br>Case No. C-07-2796 SI and<br><br>ALL INDIRECT PURCHASER ACTIONS | No. C-07-2796 SI<br><br>[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT PURCHASERS SUBGROUP |

Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston. Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the putative class of indirect purchasers. After reviewing the papers filed and hearing argument by all parties: the court hereby enters the following order:

- 2 -

21    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT

2

3    Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers

4    Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and

5    Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers

6    Subgroup and putative class.

7

    Dated: July ___, 2007

8                                                                                    _____
                                                                         Honorable Susan Illston
9                                                                       UNITED STATES DISTRICT COURT

- 2 -
[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT
PURCHASERS SUBGROUP